```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 05 B 12637
    JOSE CERVANTES
                                              CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-9833


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/05/05 and confirmed on 06/07/05.

    2.  The case was dismissed after confirmation, 03/07/2008.

    3.  The Debtor paid a total of $  21993.83 .

    4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------
CHASE AUTOMOTIVE FINANCE  SECURED VEHIC   6500.00         387.57        6500.00
DAIMLER CHRYSLER FINANCI  SECURED VEHIC   5018.63         735.10        5018.63
OLD SECOND NATIONAL BANK  CURRENT MORTG       .00            .00             .00
WELLS FARGO HOME MORT     CURRENT MORTG       .00            .00             .00
OLD SECOND NATIONAL BANK  SECURED             .00            .00             .00
AMERICAN                  UNSECURED       NOT FILED         .00             .00
BECKET & LEE LLP          UNSECURED       1886.54           .00           208.20
FIA CARD SERVICES         UNSECURED       NOT FILED         .00             .00
ECAST SETTLEMENT CORPORA  UNSECURED       5851.19           .00           645.70
ECAST SETTLEMENT CORPORA  UNSECURED       7487.48           .00           826.27
HOME DEPOT                UNSECURED       NOT FILED         .00             .00
ECAST SETTLEMENT CORPORA  UNSECURED       1917.68           .00           211.62
LOYOLA HOSPITAL           UNSECURED       NOT FILED         .00             .00
ECAST SETTLEMENT CORP     UNSECURED       1270.47           .00           140.20
NCO FINANCIAL             UNSECURED       NOT FILED         .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED       5317.76           .00           586.84
T MOBILE                  UNSECURED        630.57           .00            69.09
ECAST SETTLEMENT CORPORA  UNSECURED       1177.05           .00           129.89
WELLS FARGO HOME MORT     MORTGAGE ARRE   1874.33           .00          1874.33
OLD SECOND NATIONAL BANK  MORTGAGE ARRE    913.24           .00           913.24
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------
CHASE AUTOMOTIVE FINANCE  UNSECURED       1189.55           .00           131.27
DAIMLER CHRYSLER FINANCI  UNSECURED       4137.25           .00          1117.06
WELLS FARGO FINANCIAL IN  FILED LATE          .00            .00             .00
        Summary of disbursements:
----------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
----------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED      14306.20           .00      30865.54           .00     45171.74
PRINCIPAL PAID          14306.20           .00       4066.14           .00     18372.34
INTEREST PAID            1122.67           .00            .00           .00      1122.67
TOTAL PAID              15428.87           .00       4066.14           .00     19495.01
```

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   2200.00
and was paid $    674.00   direct and $   1526.00   through the plan.

The Trustee received $     972.82 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


     Dated: 06/23/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                                    PAGE   2
             CASE NO. 05 B 12637 JOSE CERVANTES